MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTOINE EUGENE SMITH, ) <br> ) <br>    Defendant. ) <br> ) <br> ) | No. CR-11-00936 PJH <br><br> STIPULATED REQUEST TO CONTINUE DETENTION HEARING DATE TO JANUARY 17, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:    January 3, 2012 <br> Time:   11:00 a.m. <br> Court:  Hon. Laurel Beeler |

     The above-captioned matter is set on January 3, 2012 before this Court for a continued detention hearing. The parties request that the Court continue the hearing to January 17, 2012 at 11:00 a.m. and that the Court exclude time under the Speedy Trial Act between January 3, 2012 and January 17, 2012. The parties need additional time for a possible evaluation of defendant and to collect the available police reports referenced in the Pretrial Services Report. Additionally, lead counsel for the United States is not available on January 3, 2012. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date

STIP. REQ. TO CONTINUE HEARING TO JANUARY 17, 2012 AND TO EXCLUDE TIME
No. CR-11-00936 PJH

1  of this stipulation and January 17, 2012 under the Speedy Trial Act for effective preparation of
2  counsel, continuity of counsel for the United States, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
3  and (B)(iv).

5  DATED: December 28, 2011

8  _____/s/_____        _____/s/_____
   JAMES C. MANN                  ANGELA HANSEN
   Assistant United States Attorney   Counsel for Antoine Eugene Smith
9  Counsel for United States

STIP. REQ. TO CONTINUE HEARING TO JANUARY 17, 2012 AND TO EXCLUDE TIME
No. CR-11-00936 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTOINE EUGENE SMITH,<br><br>    Defendant. | No. CR-11-00936 PJH<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE DETENTION HEARING DATE TO JANUARY 10, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: January 3, 2012<br>Time: 11:00 a.m.<br>Court: Hon. Laurel Beeler |

The parties jointly requested that the continued detention hearing in this matter be moved from January 3, 2012 to January 17, 2012, and that time be excluded under the Speedy Trial Act between those dates. The parties need additional time for a possible evaluation of defendant and to collect the available police reports referenced in the Pretrial Services Report. Additionally, lead counsel for the United States is not available on January 3, 2012. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

STIP. REQ. TO CONTINUE HEARING TO JANUARY 17, 2012 AND TO EXCLUDE TIME
No. CR-11-00936 PJH

1  **IT IS HEREBY ORDERED** that the continued detention hearing in this matter is
2  continued from January 3, 2012 at 11:00 a.m. to January 17, 2012 at 1:00 p.m., and that time
3  between January 3, 2012 and January 17, 2012 is excluded under the Speedy Trial Act to allow
4  for the effective preparation of counsel, taking into account the exercise of due diligence, and
5  continuity of counsel for the United States.

7  DATED: January 3, 2012                      _____
                                               LAUREL BEELER
8                                              United States Magistrate Court Judge

STIP. REQ. TO CONTINUE HEARING TO JANUARY 17, 2012 AND TO EXCLUDE TIME
No. CR-11-00936 PJH