1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant SMITH

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00936 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | DETENTION HEARING DATE TO |
| v. | ) | FEBRUARY 8, 2012 AND TO EXCLUDE |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | AND [~~PROPOSED~~] ORDER |
| ANTOINE EUGENE SMITH, | ) | |
| | ) | |
| Defendant. | ) | **The Honorable Laurel Beeler** |
| | ) | |

The above-captioned matter is set on January 17, 2012 before this Court for a continued detention hearing. The parties jointly request that the Court continue this detention matter to February 8, 2012, at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between January 17, 2012 and February 8, 2012.

On December 15, 2011, the Grand Jury charged Mr. Smith as a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). On December 16, 2011, the Court arraigned Mr. Smith on these charges, and the Court held a detention hearing on December 21, 2011.

At the detention hearing, the government requested that Mr. Smith continue to be detained while the defense requested an in-patient drug program and proposed a co-signer for the

Stip. Req. To Continue Detention Hearing Date
and to Exclude Time, No. CR-11-00936 PJH

bond. After argument, the Court detained Mr. Smith but requested additional information and set this matter over for further detention proceedings. Specifically, the Court requested that the government locate police reports from certain alleged arrests on Mr. Smith's rap sheet, and the Court also requested that Mr. Smith be evaluated to see if he could qualify for release to a drug program.

The defense respectfully requests additional time to have that drug evaluation completed. Mr. Smith would like to have a contracted Pretrial Services vendor evaluate Mr. Smith's eligibility for an in-patient program, rather than have a defense-funded psychological examination prepared. Given Mr. Smith's request, Pretrial Services needs time to arrange for that in-custody evaluation to be completed. For these reasons, the parties request that the continued detention hearing be held on February 8, 2012.

In addition to preparing for the continued detention hearing, the government produced discovery to the defense and defense counsel requires additional time to review that discovery, to discuss it with Mr. Smith and to investigate this case. Because the requested continuance will allow the defense to prepare for the detention hearing, to review the discovery and to investigate this case, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the period of time from January 17, 2012 until February 8, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

1 | DATED: January 17, 2012                     /S/
                                         BRIGID MARTIN
2                                        Assistant United States Attorney

3
  | DATED: January 17, 2012                     /S/
4                                        ANGELA M. HANSEN
                                         Assistant Federal Public Defender

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above and the joint request to continue the detention hearing in this matter, the Court hereby FINDS:

1. Given that the defense has requested that Pretrial Services have its vendor conduct an assessment of Mr. Smith's eligibility for an in-patient drug program;

2. Given that this assessment must be done before the Court can resolve whether or not Mr. Smith should continue to be detained;

3. Given that the government has produced discovery in this case and that the defense needs additional time review the discovery, to consult with Mr. Smith and to investigate the underlying facts of the case;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the detention hearing date of January 17, 2012, scheduled at 1:00 p.m., before the Honorable Laurel Beeler, is vacated and reset for February 8, 2012 at 9:30 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from January 17, 2012 until February 8, 2012.

January 17, 2012

LAUREL BEELER
United States Magistrate Judge

Stip. Req. To Continue Detention Hearing Date
and to Exclude Time, No. CR-11-00936 PJH          4